IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES JOSEPH OWENS-EL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-06-390-C |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

## O R D E R

Plaintiff has objected to the Report and Recommendation of Magistrate Judge Robert E. Bacharach that his Application to Proceed in Forma Pauperis (Dkt. No. 2) be denied pursuant to 29 U.S.C. § 1915(g).  In a lengthy handwritten pleading Plaintiff asserts he is in imminent danger of serious physical harm.  His allegations are the same as those considered by Judge Bacharach, and this Court agrees that these allegations are not credible.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted, in its entirety, and for the reasons stated therein, Plaintiff request for pauper's status is denied.  If the filing fee is not paid within twenty days from today's date, the action will be dismissed without prejudice.

IT IS SO ORDERED this 7th day of August, 2006.

_____
ROBIN J. CAUTHRON
United States District Judge